## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  11-cv-9411(TPG)(   Purchased/Filed: March 23, 2012
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Yaakov Katz, on behalf of himself and the class*   Plaintiff

against

*Slice & Co. Fine Gourmet Brick Oven Pizza, Inc., et al.*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 2, 2012_____, at __11:45 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Amended Class Action Complaint, Jury Trial Demanded

on _____Cardnet Group Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this
__5th__ day of __April, 2012__

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2013

*Heather Morigerato*
Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1204012

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**