UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAKOF KATZ, | ) |
|     *Plaintiff,* | ) |
|     -v.- | ) Civil Action No. 11-CV- 9411 (TPG) |
| SLICE & CO. FINE GOURMETY BRICK OVEN PIZZA, INC., CARDNET GROUP CORP., and METABANK | ) |
|     *Defendant(s).* | ) |

ABDULRAHMAN MUBAREZ, being duly sworn on oath, deposes and states as follows:

1. I am the President of Cardnet Group, Corp., currently located at 19-79 Steinway Street, Astoria, New York, New York 11105.

2. At all times relevant to this matter, I operated and was responsible for the operation of the ATM machine located at 527 6th Avenue, New York, New York 10009. (The "ATM").

3. On November 28, 2011, I noticed that the ATM was affixed with a sticker (the "On-Machine Notice" or "Fee Notice Sticker") indicating that the ATM charged a fee to customers. I initially affixed the ATM with the sticker when the ATM was first installed.

4. On December 5, 2011, immediately learning that the ATM lacked the On-Machine Notice, I affixed it to the ATM.

5. There were only 122 transactions that occurred between November 28, 2011 and December 5, 2011.

FURTHER YOUR AFFIANT SAYETH NOT

_____
ABDULRAHMAN MUBAREZ

Sworn on this 19th date of November, 2012

_____
NOTARY PUBLIC

ZAKARIA A. ISSA
Notary Public, State of New York
No. 01IS5014991
Qualified in Queens County
Commission Expires July 12, 2015